# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELIA MAPPE MOWREY, ) | 1:07cv0155 AWI DLB |
| ) | |
| Plaintiff, ) | ORDER DENYING PLAINTIFF'S MOTION TO TOLL TIME |
| ) | |
| v. ) | (Document 6) |
| DONALD H. RUMSFELD, ) | |
| ) | |
| Defendant. ) | |

Plaintiff, appearing pro se and in forma pauperis, filed the instant employment discrimination action on January 29, 2007.

Also on January 29, 2007, Plaintiff filed a motion to toll the time to file a civil complaint set by the Equal Employment Opportunity Commission. This Court has dismissed the complaint with leave to amend and cannot rule on tolling issues, if any, until a proper complaint is filed.

Accordingly, Plaintiff's motion is DENIED. Plaintiff may file a similar motion once she submits a procedurally proper complaint.

IT IS SO ORDERED.

Dated: **February 21, 2007**          **/s/ Dennis L. Beck**
3b142a                                  UNITED STATES MAGISTRATE JUDGE

1