```
 1
 2
 3
 4
 5
 6                          UNITED STATES DISTRICT COURT
 7                          EASTERN DISTRICT OF CALIFORNIA
 8
   DELIA MAPPE MOWREY,                ) 1:07cv0155 LJO DLB
 9                                    )
                                      )
10                                    ) ORDER ADOPTING FINDINGS
                 Plaintiff,           ) AND RECOMMENDATION
11                                    )
         v.                           ) (Document 16)
12                                    )
   DONALD H. RUMSFELD,                )
13                                    )
                                      )
14                                    )
                 Defendant.           )
15  _____)
```

Plaintiff Delia Mappe Mowrey is proceeding pro se and in forma pauperis in this employment discrimination action filed on January 29, 2007.

On June 25, 2007, the Magistrate Judge issued Findings and Recommendation that the action be DISMISSED for Plaintiff's failure to follow the Court's order. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days. No party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated June 25, 2007, is ADOPTED IN FULL; and

2. The action be DISMISSED.

This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:   August 3, 2007**              /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE